U.S. District Court
District Massachussettes

Christian Moran
Plaintiff

V.

Comm. Department of Corrections and Carol Mici et al.
defendant

## Complaint

Nature of Suit: 550 Prisoner: Civil Rights
Cause: 42:1983 Prisoner Civil Rights
Jurisdiction: Federal Question.

This complaint I bring against the Department of Corrections and Commissioner Carol Mici is an easy one. I worked my programs to the best of my ability. Recieving satisfactory work for both the "Journaling" program. And for the "Gateway to treatment" program. This adding up to 17½ days they are stealing from me.

causing me to miss the Holiday Season, Christmas with my wife and family.

I earned the good time so I should enjoy the fruits of my labor and be released on the 14th of December 2020 to enjoy Christmas with my family. I earned it.

Signed under the pains and penaltys of purjury.

Christian MORAN
X Chris Mn